STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Donnell Guidry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 00–00613 JD |
| Plaintiff, | **[PROPOSED] ORDER RECALLING BENCH WARRANT** |
| v. | |
| DONNELL GUIDRY, | |
| Defendant. | |

On December 15, 2017, the probation office filed a Form 12 petition alleging Mr. Guidry was in violation of the terms of his supervised release. *See* Dkt. 24, 27. In connection with the Form 12, the Court ordered a no bail bench warrant be issued for Mr. Guidry's arrest. *Id.* On August 6, 2018, at the parties' joint request, the Court terminated Mr. Guidry's term of supervised release. *See* Dkt. 38, 39. The U.S. Marshal Service has advised defense counsel that the bench warrant cannot be recalled without an order signed by the Court. Mr. Guidry thus requests the Court sign the proposed order recalling the bench warrant now that Mr. Guidry's term of supervised release has been terminated.

Dated:   August 6, 2018               Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
HANNI FAKHOURY
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL GUIDRY,<br><br>Defendant. | **Case No.:** CR 00–00613 JD<br><br>**[PROPOSED]** ORDER RECALLING BENCH WARRANT |

Based on the reasons provided above, the Court hereby recalls the bench warrant issued on December 15, 2017, as Mr. Guidry's term of supervised release has been terminated.

IT IS SO ORDERED.

Dated: August 10, 2018

_____
HONORABLE JAMES DONATO
United States District Judge

[PROPOSED] ORDER RECALLING BENCH WARRANT
*GUIDRY*, CR 00–00613 JD

1