UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONNELL GUIDRY,

Defendant.

Case No. 00-cr-00613-JD-1

**ORDER RE MOTION RE 28 U.S.C. § 2255**

Pro se defendant Donnell Guidry's motion for a modification or correction of a criminal sentence under 28 U.S.C. § 2255, Dkt. No. 44, is denied. Guidry challenges a sentence of 180 months in custody imposed in 2002. *Id*. The docket indicates that Guidry was released from custody for this conviction on January 16, 2015, Dkt. No. 21 at 1, and his term of supervised release terminated on August 6, 2018, Dkt. No. 39. Consequently, a § 2255 motion is not available to Guidry for the 2002 conviction. No new filings will be accepted in this case.

**IT IS SO ORDERED.**

Dated: January 30, 2026

_____

JAMES DONATO
United States District Judge